E. BRYAN WILSON
Acting United States Attorney

JOHN FONSTAD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM J. LONG, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:21-cv-00156-JWS <br> ) <br> ) <br> ) |

**U.S. NOTICE OF SERVICE OF COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 4, Plaintiff United States of America provides notice that Defendant William J. Long was served with the Summons, Complaint, and Motion for Preliminary Injunction along with supporting declarations and exhibits on July 3, 2021 via personal service on

an adult who resides at his place of abode by North Country Process, Inc., in Wasilla, Alaska. See Return of Service Affidavit, attached as Exhibit A.

In addition, on July 6, 2021, undersigned counsel provided courtesy copies of the above-listed filings to Defendant's attorney via e-mail.

RESPECTFULLY SUBMITTED this July 9, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ John Fonstad
JOHN FONSTAD
Assistant U.S. Attorney
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021,
a true and correct copy of the foregoing
was served electronically to:

Jeffrey William Robinson

s/ John Fonstad
Office of the U.S. Attorney

*United States v. Long*  2
Case No. 3:21-cv-00156-JWS

Case 3:21-cv-00156-JWS   Document 12   Filed 07/09/21   Page 2 of 2